NORA MALONEY, Respondent, v. BISHOP, GUTTA, PERCHA Co., Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING COHEN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

MARION B. ELLIOTT, Respondent, v. NEAL R. ANDREWS et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants to answer within ten days after service of order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

ROCKCLIFFE REALTY CORPORATION, Respondent, v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— Order denying defendant's motion for judgment on the pleadings unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

ROCKCLIFFE REALTY CORPORATION, Respondent, v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— Order granting plaintiff's motion for an examination of the defendant before trial unanimously affirmed, with $10 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MANNIE FRIED, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

ALEXANDER ACAMPORA et al., Appellants, v. SAMUEL KAHN et al., Copartners Doing Business under the Name of KAHN BROS., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

RUTH WARNER, Respondent, v. BETH DAVID HOSPITAL, Appellant. DOUGLAS WARNER, Respondent, v. BETH DAVID HOSPITAL, Appellant. BETH DAVID HOSPITAL, Appellant, v. DOUGLAS WARNER, Respondent.— Judgments unanimously affirmed, with one bill of costs of these appeals. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM N. CROMWELL et al., as Trustees under the Will of AUGUSTUS C. GURNEE, Deceased, Appellants, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. [22–24 W. 69th St., Borough of Manhattan.] Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon and Callahan, JJ.

VIOLA M. ROOK et al., Appellants, v. RAYNES REALTY CORP., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

MARY E. HIRSCH, Appellant, v. SIDNEY ORSECK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.